IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | C.A. No. 12-949-LPS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Data Carriers, LLC and Target Corporation, and subject to the approval of the Court, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A) all claims in this action asserted against Target Corporation are hereby dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Stephen B. Brauerman | |
| Richard D. Kirk (rk0922) | Jack B. Blumenfeld (jb1014) |
| Stephen B. Brauerman (sb4952) | Michael J. Flynn (mf5333) |
| Vanessa R. Tiradentes (vt5398) | 1201 North Market Street |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 655-5000 | jblumenfeld@mnat.com |
| rkirk@bayardlaw.com | mflynn@mnat.com |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Data Carriers, LLC* | *Target Corporation* |

IT IS SO ORDERED, this 17th day of December, 2012.

_____
United States District Judge